**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                        CASE NO.  3:98cr86-02/RV

FELIX SALVADORE GONZALEZ

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   November 28, 2005
Motion/Pleadings:   MOTION to eliminate enhancements and reduce sentence
Filed by   Defendant                       on 11/14/2005       Doc.#   244

RESPONSES:
 United States                             on 11/21/2005       Doc.#   245
                                           on                  Doc.#
_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

                                                 WILLIAM M. McCOOL, CLERK OF COURT

                                                 s/Jerry Marbut
LC (1 OR 2)                     Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this    28th day of  November          , 2005, that:*
*(a) The relief requested is DENIED.*
*(b)*

                                           /s/ *Roger Vinson*
                                               ***ROGER VINSON***
                              ***Senior United States District Judge***